No. 81–6933.   HUMPHRIES v. CITY OF CHESAPEAKE.
C. A. 4th Cir.   Certiorari denied.

No. 81–6934.   REYES-PEREZ v. UNITED STATES.   C. A.
9th Cir.   Certiorari denied.

No. 81–6935.   MALHOTRA v. DOW CHEMICAL CO.   C. A.
10th Cir.   Certiorari denied.

No. 81–6939.   CORNISH v. UNITED STATES.   C. A. 4th
Cir.   Certiorari denied.

No. 81–6940.   FEISTMAN ET AL. v. COMMISSIONER OF IN-
TERNAL REVENUE.   C. A. 9th Cir.   Certiorari denied.

No. 81–6941.   JOHANSON ET AL. v. CALIFORNIA.   Ct.
App. Cal., 1st App. Dist.   Certiorari denied.

No. 81–6943.   ERICKSON ET UX. v. UNITED STATES.
C. A. 10th Cir.   Certiorari denied.

No. 81–6944.   GIBSON v. NEW YORK.   App. Div., Sup.
Ct. N. Y., 2d Jud. Dept.   Certiorari denied.

No. 81–6945.   MCMILLAN v. OSBORNE ET AL.   C. A. 4th
Cir.   Certiorari denied.

No. 81–6946.   WRIGHT v. GARRISON, WARDEN, ET AL.
C. A. 4th Cir.   Certiorari denied.

No. 81–6949.   WALKER v. UNITED STATES.   C. A. D. C.
Cir.   Certiorari denied.

No. 81–6950.   ADKINS v. BORDENKIRCHER, SUPERIN-
TENDENT, WEST VIRGINIA STATE PENITENTIARY.   C. A.
4th Cir.   Certiorari denied.